# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-cv-00728-GCM

| | |
|---|---|
| ELIZABETH COLE, | )<br>)<br>) |
| **Appellant,** | )<br>) |
| v. | ) **ORDER** |
| | ) |
| JAMES B. NUTTER & CO.,<br>WARREN L. TADLOCK | )<br>)<br>)<br>) |
| **Appellees** | )<br>) |

**THIS MATTER** is before the Court on appeal from an order of the bankruptcy court granting the Appellee, James B. Nutter & Company, relief from the automatic stay to proceed with eviction on October 11, 2016. (Doc. No. 1-1 at 1). Appellant filed her notice of appeal on October 21, 2016. Appellant's brief was due by December 29, 2016. On January 17, 2017, Appellant submitted a Motion for Extension of Time to file her brief. The Court denied the Motion for Extension of Time on February 1, 2017.

The Court has reviewed the bankruptcy court order and finds no error. Accordingly, the Court hereby **AFFIRMS** the decision of the Bankruptcy Court.

**SO ORDERED.**

Signed: September 21, 2017

Graham C. Mullen
United States District Judge